## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | CASES EXHIBIT A |

## ORDER

Pending are the generic drug manufacturer defendants' motions for judgment on the pleadings under Federal Rule of Civil Procedure 12(c). However, I intend to consider matters outside the pleadings[1] when addressing the motions, so the motions must be treated as motions for summary judgment.[2]

Accordingly, by 5 p.m., Monday, May 20, 2013, Plaintiff must provide all additional evidence that she claims support the causes of action in her amended complaint against the generic drug manufacturers. I believe that two weeks is sufficient time since discovery has been ongoing for ten years and my September 2012 Order directed that Plaintiff provide specific factual allegations -- at this point, Plaintiff should have the evidentiary support for any allegations in her amended complaint.

The supplement should provide supporting evidence for Plaintiff's allegations rather than prose. Generic allegations without evidentiary support are insufficient at this point.

IT IS SO ORDERED this 6th day of May, 2013.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]For example, on April 1, I requested that Plaintiff provide me with the FDA's letter from 2000 mentioned in the Amended Complaint. In response, Plaintiff provided several documents.

[2]Federal Rule of Civil Procedure 12(d) reads: "If, on a motion under 12(b)(6) or 12(c) matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56. All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion."

## EXHIBIT A

4:04-cv-00717-BRW   Lund v. Wyeth, et al
4:04-cv-00723-BRW   Gallegos v. Wyeth
4:04-cv-01223-BRW   Alexander et al v. Wyeth LLC et al
4:04-cv-01294-BRW   Cheltra v. Wyeth, et al
4:04-cv-01308-BRW   Banard, et al v. Wyeth, et al

4:05-cv-00075-BRW   Clouser v. Wyeth, et al
4:05-cv-00146-BRW   Lee v. Wyeth, et al
4:05-cv-00206-BRW   Posey et al v. Wyeth et al
4:05-cv-00253-BRW   Palomo, et al v. Wyeth, et al
4:05-cv-00396-BRW   Daly v. Wyeth, et al

4:05-cv-00558-BRW   Andenoro, et al v. Wyeth, et al
4:05-cv-00598-BRW   Paquin, et al v. Wyeth, et al
4:05-cv-00614-BRW   Campbell v. Wyeth, et al
4:05-cv-00697-BRW   Spicer v. Wyeth, et al
4:05-cv-00910-BRW   Wilkerson v. Wyeth Inc, et al

4:05-cv-01366-BRW   Cain v. Pharmacia a Upjohn Company LLC et al
4:05-cv-01433-BRW   Bowling et al v. Wyeth et al
4:05-cv-01573-BRW   Beaver v. Wyeth et al
4:05-cv-01575-BRW   Miller v. Wyeth et al
4:05-cv-01793-BRW   Keener v. Pfizer Inc et al

4:05-cv-01896-BRW   Johnson v. Wyeth et al
4:06-cv-00079-BRW   Hinkle v. Wyeth et al
4:06-cv-00160-BRW   Giambrone v. Wyeth et al
4:06-cv-00294-BRW   Ridgeway et al v. Wyeth et al
4:06-cv-00430-BRW   Dudley v. Wyeth et al

4:06-cv-00443-BRW   Plowman et al v. Wyeth et al
4:06-cv-00493-BRW   Bolton et al v. Wyeth et al
4:06-cv-00722-BRW   Moffett v. Wyeth et al
4:06-cv-00800-BRW   Thomas v. Wyeth et al
4:06-cv-00821-BRW   Goldberg v. Wyeth et al

4:06-cv-00879-BRW   Russell et al v. Vivelle Ventures LLC et al
4:06-cv-00916-BRW   Lyons v. Wyeth et al
4:06-cv-00938-BRW   Wright v. Wyeth et al
4:06-cv-01022-BRW   Black v. Wyeth et al
4:06-cv-01048-BRW   Goodman v. Wyeth et al


4:06-cv-01120-BRW   White-Brown v. Wyeth et al
4:06-cv-01127-BRW   Wojcik v. Wyeth et al
4:06-cv-01165-BRW   Cavaliere v. Wyeth et al
4:06-cv-01224-BRW   Bradley v. Wyeth et al
4:06-cv-01339-BRW   Kinser v. Wyeth et al

4:06-cv-01345-BRW   Clement et al v. Wyeth et al
4:06-cv-01398-BRW   Puzzuole v. Wyeth et al
4:06-cv-01438-BRW   Zimmerman v. Wyeth et al
4:06-cv-01443-BRW   Johnson v. Wyeth et al
4:06-cv-01455-BRW   Neubarth v. Wyeth et al

4:06-cv-01488-BRW   Roseman v. Wyeth et al
4:06-cv-01502-BRW   Rosenbloom et al v. Wyeth et al
4:06-cv-01506-BRW   Balis et al v. Wyeth et al
4:06-cv-01516-BRW   Schultz v. Wyeth et al
4:06-cv-01564-BRW   Sayers v. Wyeth et al

4:06-cv-01617-BRW   Koch v. Wyeth et al
4:06-cv-01650-BRW   Chambers v. Wyeth et al
4:06-cv-01679-BRW   Rittenberry v. Wyeth et al
4:07-cv-00095-BRW   Williams et al v. Wyeth et al
4:07-cv-00419-BRW   Tangman et al v. Wyeth et al

4:07-cv-00478-BRW   Harding v. Wyeth et al
4:07-cv-00558-BRW   Dale v. Wyeth et al
4:07-cv-00731-BRW   Irwin et al v. Wyeth et al
4:08-cv-00402-BRW   Kielty v. Wyeth et al
4:08-cv-00462-BRW   Okon v. Wyeth et al

4:08-cv-00699-BRW   Draper et al v. Wyeth et al
4:08-cv-00864-BRW   Barnes v. Wyeth et al
4:08-cv-01393-BRW   Fisher v. Wyeth et al
4:08-cv-01687-BRW   Peterson v. Wyeth et al
4:08-cv-01848-BRW   Weaver v. Barr Pharmaceuticals Inc et al

4:08-cv-01999-BRW   Weaver v. Wyeth et al
4:08-cv-02116-BRW   Blaisdell v. Wyeth et al
4:08-cv-02313-BRW   Weaver v. Wyeth et al
4:08-cv-02314-BRW   Kropf v. Wyeth et al
4:08-cv-02388-BRW   McCarthy v. Wyeth Pharmaceuticals Inc et al

4:08-cv-02413-BRW   Cook v. Wyeth et al
4:08-cv-03119-BRW   Estell v. Wyeth et al
4:08-cv-03121-BRW   Reed v. Pfizer Inc et al
4:08-cv-03167-BRW   Bumpas v. Wyeth et al
4:08-cv-03178-BRW   Johann v. Wyeth et al

<pre>
<small>
</small>
</pre>

<pre>
</pre>

<small>
</small>

<small>
</small>

<pre>
</pre>

<small>
</small>

<pre>
</pre>

<small>
</small>

<small>
</small>

<pre>
</pre>

4:08-cv-03207-BRW   McLain v. Wyeth et al
4:08-cv-03211-BRW   Haupert v. Wyeth et al
4:08-cv-03213-BRW   Weinfurtner v. Wyeth et al
4:08-cv-03631-BRW   Alvarran et al v. Wyeth, et al
4:08-cv-03677-BRW   Burton et al v. Wyeth, et al

4:08-cv-03699-BRW   Hennin v. Wyeth Inc et al
4:08-cv-03723-BRW   Cornell v. Wyeth, et al
4:08-cv-03777-BRW   Goodman et al v. Wyeth, et al
4:08-cv-03833-BRW   Humphreys v. Wyeth, et al
4:08-cv-03905-BRW   Mayo et al v. Wyeth, et al

4:08-cv-03913-BRW   Roy et al v. Wyeth, et al
4:08-cv-03923-BRW   Saunders et al v. Wyeth, et al
4:08-cv-03927-BRW   Scarbro et al v. Wyeth, et al
4:08-cv-03932-BRW   Scott et al v. Wyeth, et al
4:08-cv-03985-BRW   Mitchelll v. Wyeth, et al

4:08-cv-04017-BRW   Utt et al v. Wyeth, et al
4:08-cv-04087-BRW   Poe et al v. Wyeth, et al
4:09-cv-00103-BRW   Huff v. Barr Laboratories Inc et al
4:09-cv-00741-BRW   Frambs v. Wyeth et al
4:10-cv-00291-BRW   Turk v. Wyeth et al

4:10-cv-00350-BRW   Banks v. Wyeth LLC et al
4:10-cv-00370-BRW   Steele et al v. Wyeth et al
4:10-cv-00461-BRW   Slaton v. Wyeth LLC et al
4:10-cv-00475-BRW   Hart et al v. Wyeth LLC et al
4:10-cv-00478-BRW   Evosevich et al v. Wyeth LLC et al

4:10-cv-00569-BRW   Williams v. Wyeth LLC et al
4:10-cv-00609-BRW   Walther v. Wyeth LLC et al
4:10-cv-00656-BRW   Wilson v. Wyeth LLC et al
4:10-cv-00823-BRW   Kirchhoff v. Wyeth LLC et al
4:10-cv-00912-BRW   Jacquemart v. Wyeth LLC et al

4:10-cv-00921-BRW   Bussart v. Wyeth LLC et al
4:10-cv-00922-BRW   Moore v. Wyeth LLC et al
4:10-cv-00923-BRW   Meranto v. Wyeth LLC et al
4:10-cv-00926-BRW   Fields v. Wyeth LLC et al
4:10-cv-00935-BRW   Wood v. Wyeth LLC et al

4:10-cv-00941-BRW   Mangan v. Wyeth LLC
4:10-cv-00955-BRW   Provasnik v. Wyeth Inc et al
4:10-cv-00988-BRW   Anglin v. Wyeth LLC et al
4:10-cv-00989-BRW   Dahlman v. Wyeth LLC et al
4:10-cv-01018-BRW   Raatz v. Wyeth LLC et al

4:10-cv-01029-BRW   Beylen v. Wyeth LLC et al
4:10-cv-01030-BRW   Contreras v. Wyeth LLC et al
4:10-cv-01034-BRW   Howard v. Wyeth LLC et al
4:10-cv-01035-BRW   Stanionis v. Wyeth LLC et al
4:10-cv-01039-BRW   Gilmore v. Wyeth LLC et al

4:10-cv-01040-BRW   Crane v. Wyeth LLC et al
4:10-cv-01046-BRW   Meiller v. Wyeth LLC
4:10-cv-01060-BRW   Sain v. Wyeth LLC et al
4:10-cv-01061-BRW   Struckmann v. Wyeth LLC et al
4:10-cv-01080-BRW   Dasen v. Wyeth LLC et al

4:10-cv-01267-BRW   Owens et al v. Wyeth LLC et al
4:10-cv-01272-BRW   Mosely v. Wyeth LLC et al
4:11-cv-00203-BRW   Whatley et al v. Wyeth LLC et al
4:11-cv-00787-BRW   Riegle et al v. Wyeth LLC et al